## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

NITAYA MCGEE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JUST A BABY, INC.,

Defendant.

Case No. 1:25-cv-01354

Hon. Nicholas G. Garaufis

Hon. Marcia M. Henry

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Nitaya McGee voluntarily dismisses her claims in this action without prejudice against Defendant.

Dated: March 31, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ Yitzchak Kopel_
Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
       aleslie@bursor.com
       mroberts@bursor.com
       vzhou@bursor.com

*Attorneys for Plaintiff*

**So Ordered.**

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 6/9/25

1